UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JIMMY EARL DOWNS, | 3:05-CV-00483-PMP-VPC |
| Petitioner, | **O R D E R** |
| v. | |
| LENARD VARE, et al., | |
| Respondents. | |

The Court having read and considered Petitioner Downs' Motion to Extend Time to File Motion for Certificate of Appealability (Doc. #63) filed February 26, 2008, and Petitioner's Motion to Amend or Make Additional Findings of Fact (Doc. #64) filed February 26, 2008, as well as Respondents' Opposition to Motion thereto (Doc. #66) filed March 7, 2008, and good cause appearing,

**IT IS ORDERED** that Petitioner Downs' Motion to Extend Time to File Motion for Certificate of Appealability (Doc. #63) is DENIED.

**IT IS FURTHER ORDERED** that Motion to Amend or Make Additional Findings of Fact (Doc. #64) is DENIED.

**IT IS FURTHER ORDERED** that a Certificate of Appealability is hereby DENIED.

DATED: March 18, 2008.

PHILIP M. PRO
United States District Judge